UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **LINZELL JONES** | **CASE NO. 3:21-CV-01338** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DARREL VANNOY** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate [Doc. No. 15] Judge having been considered, together with the written objection [Doc. No. 16] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's writ for habeas corpus [Doc. No. 1] is **DENIED** and his claims are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA this 4th day of February 2022.

_____
Terry A. Doughty
United States District Judge